## WILLIAM GOULD *et al. v.* CHARLES TRYON.

The service of a subpœna was set aside as irregular, where the copy delivered to the defendant varied from the original, in being tested on the 31st day of October, 1840, instead of 1843.

THIS was a motion to set aside the service of a subpœna as irregular.

The subpœna in this case was tested on the 31st day of October, 1843, and the copy served on the defendant varied from the original, being tested on the 31st day of October, 1840.

*J. S. Abbott,* in support of the motion.

*E. B. Harrington,* contra.

THE CHANCELLOR set aside the service of the subpœna as irregular, and cited 1 *Edw. Ch. R.* 631.